IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES STEEL )
CORPORATION, )
                                          )
        Plaintiff, )
                                          ) Civil Action No. 6:06-cv-01891-GAP-KRS
v. )
                                          )
U.S. STEEL CORPORATION, )
                                          )
        Defendant. )

**CONSENT JUDGMENT**

Upon consent of the parties, the Court being advised in the premises, it is hereby ordered, adjudged and decreed as follows, and the Court makes the following findings of fact and conclusions of law:

1.     The Court has jurisdiction over the parties and the subject mater.

2.     Plaintiff UNITED STATES STEEL CORPORATION ("Plaintiff") is a Delaware corporation with its principal place of business in Pittsburgh, Pennsylvania. Plaintiff owns all right, title and interest to the famous trademarks UNITED STATES STEEL CORPORATION and U. S. STEEL.

3.     Since at least as early as 1901, Plaintiff, through its predecessors, has offered its steel products and fabrication services under the UNITED STATES STEEL CORPORATION trademark. Plaintiff's UNITED STATES STEEL CORPORATION trademark has become, through widespread and favorable public acceptance and recognition, an asset of substantial value, a symbol of Plaintiff's organization, its quality products and services and its goodwill. Plaintiff's UNITED STATES STEEL CORPORATION mark is famous.

4. Since at least as early as 1930, Plaintiff, through its predecessors, has offered its steel products and fabrication services under the U. S. STEEL trademark. Plaintiff's U. S. STEEL trademark has become, through widespread and favorable public acceptance and recognition, an asset of substantial value, a symbol of Plaintiff's organization, its quality products and services and its goodwill. Plaintiff's U. S. STEEL mark is famous. Plaintiff's U. S. STEEL trademark is registered with the United States Patent and Trademark Office. Reg. No. 2,469,301. Reg. No. 2,469,301 is valid, subsisting, and in full force and effect.

5. Defendant U.S. STEEL CORPORATION ("Defendant") is a Florida corporation with a principal place of business in DeBary, Florida. Defendant U.S. Steel Corporation is a construction company

6. Notwithstanding Plaintiff's established rights to the UNITED STATES STEEL CORPORATION and U. S. STEEL marks, Defendant has used and is using the designation U. S. STEEL to promote its business and goods and services in a manner that is likely to cause confusion, mistake and/or deception among the consuming public, and dilutes the distinctive quality of Plaintiff's UNITED STATES STEEL CORPORATION and U. S. STEEL marks.

7. Defendant's acts constitute federal trademark infringement and unfair competition in violation of the Lanham Act, 15 U.S.C. §§ 1114(1), 1125(a); federal trademark dilution in violation of the Lanham Act, 15 U.S.C. § 1125(c); violation of the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. §§ 501.201 *et seq.*; and the Florida common law of unfair competition.

8. Defendant, its officers, agents, servants, employees, attorneys, stockholders, and all persons in active concert or participation with it, are hereby permanently enjoined and

restrained from engaging in, committing, performing, directly or indirectly, by any means whatsoever, any of the following acts:

    (a)    using Plaintiff's mark U. S. STEEL, or any mark confusingly similar thereto, as a trade name and/or in connection with advertising or marketing its products or services.

    (b)    using Plaintiff's mark UNITED STATES STEEL CORPORATION, or any mark confusingly similar thereto, as a trade name and/or in connection with advertising or marketing its products or services.

9. Defendant will file with the Court and serve on Plaintiff within thirty (30) days from the date hereof, pursuant to 15 U.S.C. § 1116, a report in writing under oath setting forth in detail the manner and form in which the Defendant has complied with this Judgment.

10. The Court retains jurisdiction of this matter for the purpose of enabling the parties to apply to this Court at any time for such further orders or direction as may be necessary for the interpretation or implementation hereof; compliance herewith; or the punishment of violations hereof. Pursuant to *Kokkonen v. Guardian Life Inc. Co. of Am.*, 511 U.S. 375 (1994), the Court also retains jurisdiction for purposes of enforcing the terms of this Consent Judgment.

11. Any proceeding before this Court to enforce the terms of this Consent Judgment shall be resolved by means of a noticed motion without the necessity of filing a new and separate action. The parties will be permitted to submit evidence and memorandum of points and authorities according to the ordinary briefing requirements for a noticed motion as set forth by Federal Rules of Civil Procedure and this Court's local rules then in effect.

ENTERED:

_____
Honorable Judge Gregory A Presnell

DATE: ~~January~~ Feb 20, 2007.

Defendant hereby consents to the foregoing judgment and waives any rights of appeal.

APPROVED:

_____
James S. Toscano
Florida Bar No. 0899909
LOWNDES, DROSDICK, DOSTER,
KANTOR & REED, P.A.
215 North Eola Drive
Orlando, Florida 3280
Telephone:   (407) 418-6260
Facsimile:   (407) 843-4444
E-mail: jim.toscano@lowndes-law.com

John T. Gabrielides
Howard S. Michael
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, Illinois  60611-5599
Telephone:   (312) 321-4200
Facsimile:   (312) 321-4299
E-mail: jgabrielides@usebrinks.com
E-mail: hmichael@usebrinks.com

Attorneys for Plaintiff
UNITED STATES STEEL CORPORATION

_____
James H. Beusse
Florida Bar No. 0471364
BEUSSE WOLTER SANKS
MORA & MAIRE, P.A.
390 North Orange Avenue, Suite 2500
Orlando, Florida 32801
Telephone:   (407) 926-7700
Facsimile:   (407) 926-7720
E-mail: jbeusse@iplawfl.com

Attorney For Defendant
U.S. STEEL CORPORATION

4